**SANITARY MEAT COMPANY, Inc., Appellant, v. UNITED STATES of America.**

No. 13097.

Circuit Court of Appeals, Eighth Circuit.

Sept. 11, 1945.

Ben R. Toensing and Frank J. Collins, both of Minneapolis, Minn., for appellant.

Amherst Tautges, of Minneapolis, Minn., and Harris J. Nuernberg, Office of Price Administration, of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties, on motion of appellant and consent of appellee.

**WESTERN INDUSTRIAL ENGINEERING COMPANY, a Corporation, Appellant, v. Raymond L. FITCH, Appellee.**

No. 11086.

Circuit Court of Appeals, Ninth Circuit.

Oct. 1, 1945.

Fred H. Miller, of Los Angeles, Cal., for appellant.

Robert W. Fulwider, of Los Angeles, Cal., for appellee.

Before MATHEWS, HEALY and BONE, Circuit Judge.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in above cause be dismissed, each party to bear his or its own costs, that a decree be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.